**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RANDALL S. LEFEVRE,

        Petitioner,

v.                              Case No. 03-CV-71792-DT

HUGH WOLFENBARGER,

        Respondent.

_____/

**JUDGMENT**

In accordance with the court's "Order Adopting Report and Recommendation and Denying Petition for Writ of Habeas Corpus," dated June __21__, 2005,

IT IS ORDERED AND ADJUDGED that Petitioner's habeas petition [Dkt. # 2] is DISMISSED and judgment is entered in favor of Respondent Hugh Wolfenbarger and against Petitioner Randall S. Lefevre.  Dated at Detroit, Michigan, this _21____ day of June 2005.

                            DAVID J. WEAVER
                            CLERK OF THE COURT

                      BY:__s/Lisa Teets_____
                            Lisa Teets, Deputy Clerk
                            and Case Manager to
                            Judge Robert H. Cleland